■ In the Matter of AARON TRAGER, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by petitioner to confirm the report of the Special Referee in which the Referee: (a) finds that respondent is not guilty of any of the charges made, except the charge that, with respect to the filing of retainer statements in negligence actions, respondent violated rule 3 of the Special Rules of this court regulating the conduct of attorneys and counselors at law; and (b) recommends that respondent be reprimanded for such violation. The findings of the Referee are confirmed. In view of the good reputation of the respondent, his full disclosure, and his complete co-operation with the Judicial Inquiry and the Referee, the court is of opinion that, as recommended, the discipline should be confined to a reprimand for the violation of said rule 3. Accordingly, the motion to confirm the Referee's report is granted and respondent is hereby reprimanded for violating the provisions of said rule 3. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of WILTWYCK SCHOOL FOR BOYS, INC., Appellant, v. THEODORE HILL, JR., et al., Constituting the Zoning Board of Appeals of the Town of Yorktown, Respondents.— Motion by the Federation of Protestant Welfare Agencies, Inc., to file a brief as *amicus curiæ* in support of appellant's position, granted. The brief must be served and filed on or before November 9, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ DAVID KAHN et al., Respondents, v. JACOB SOHMER et al., Appellants. JACOB SOHMER et al., Appellants, v. TIDES OF LONG BEACH, INC., et al., Respondents.— Motion by appellants to stay the enforcement of the judgment pending the appeal therefrom, granted on the following conditions: (1) that, within 10 days after entry of the order hereon, appellants shall file an undertaking for $10,000, with corporate surety, to pay all damages which respondents may suffer by reason of this stay and to pay the costs on this appeal in the event that the judgment be affirmed or the appeal be dismissed; and (2) that appellants perfect the appeal and be ready to argue or submit it at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. The record and appellants' briefs must be served and filed on or before November 14, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.